COMMONWEALTH *vs.* AARON A. BRADLEY.

An indictment may be presented and conviction had in the superior court since the General Statutes took effect for an assault and battery committed before.

INDICTMENT, found at August term 1860 of the superior court in Suffolk, alleging that the defendant at Boston on the 20th of May 1860 on Frederick J. Fatal "an assault did make with a flat iron and a slung shot, and him the said Fatal then and there did beat, bruise, wound and evil treat, and other injuries to him the said Fatal did then and there commit, to his great

damage, and against the law, peace and dignity of said com-monwealth."

The defendant, being found guilty, moved in arrest of judg-ment, for the following reasons : " 1st. Because the indictment is defective in setting forth that an assault and battery was committed May 20th 1860, when in fact all our laws have been re-enacted and went into operation June 1st 1860. 2d. Because this indictment does not set forth what law of this common-wealth has been violated, and there is no existing general stat-ute to punish any simple assault and battery. 3d. Because the judges of the superior court are creatures of the general stat-utes, and have no common law jurisdiction, except it is given by the general court of this commonwealth, and that limited to state practice." *Brigham,* J. overruled the motion, and the defendant appealed.

*A. A. Bradley, pro se.*

*S. H. Phillips,* (Attorney General,) for the Commonwealth.

BY THE COURT. The indictment is sufficient, and sets forth an offence in apt and proper words, punishable by the law of this commonwealth in force at the time the indictment was found and tried ; and of which the judges of the superior court, sitting in the county of Suffolk for the transaction of criminal business, had full jurisdiction. *Motion in arrest overruled.*